*G. Wilson* and *John F. Reilly* for petitioner.   *Mr. Arthur C. Spencer* for respondent.

---

No. 757. AMERICAN RAILWAY EXPRESS COMPANY *v.* BERT ROSE AND ARTHUR L. LOWE, EXECUTORS UNDER THE WILL OF GEORGE ROSE.   January 10, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. Austin M. Pinkham* and *A. M. Hartung* for petitioner.   No appearance for respondents.

---

No. 758. PETER SCHOENHOFEN BREWING COMPANY *v.* ALVEY-FERGUSON COMPANY.   January 10, 1927.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. George A. Chritton, Russell Wiles*, and *Frederic D. McKenney* for petitioner.   *Mr. Jo. Baily Brown* for respondent.

---

No. 759. ROBERT B. HUDSON, A JUDGE OF THE DISTRICT COURT OF TULSA COUNTY, OKLAHOMA *v.* VERNON V. HARRIS, AS RECEIVER OF THE RIVERSIDE OIL AND REFINING COMPANY, J. B. DUDLEY, AND J. D. LYDICK.   January 10, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied.   *Mr. Henry B. Martin* for petitioner.   *Messrs. John B. Dudley* and *J. D. Lydick* for respondents.

---

No. 760. ODIE OLAND OWENS *v.* VERNON V. HARRIS, AS RECEIVER OF THE RIVERSIDE OIL AND REFINING COMPANY, J. B. DUDLEY, AND J. D. LYDICK.   January 10, 1927.   Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied.   *Mr. Henry B. Martin* for petitioner.   *Messrs. John B. Dudley* and *J. D. Lydick* for respondents.